AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## Middle District of Alabama

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| RICKEY LORENZO BROWN | (wo) |
| | Case No.  3:17cr475-WKW-01 |
| | USM No. 71333-019 |
| | James Matthew Williams |
| | Defendant's Attorney |

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s) ___1, 2, 3 & 4 of the Petition___ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant failed to participate in a mental health treatment program approved by the USPO | 08/13/2019 |
| 2 | Defendant failed to follow the instructions of the probation officer related to the conditions of supervision | 07/29/2019 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __7652__

Defendant's Year of Birth: ___1957___

City and State of Defendant's Residence:
Riverdale, Georgia

06/24/2020
Date of Imposition of Judgment

/s/ W. Keith Watkins
Signature of Judge

W. KEITH WATKINS, U.S. District Judge
Name and Title of Judge

06/26/2020
Date

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page ___2___ of ___3___

DEFENDANT:  RICKEY LORENZO BROWN
CASE NUMBER:  3:17cr475-WKW-01

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3 | Defendant failed to live at a place approved by the probation officer. Defendant failed to notify the probation Officer at least 10 days before change to anything about his living arrangements. | 08/19/2019 |
| 4 | Defendant failed to follow the instructions of the probation officer related to the conditions of supervision. | 07/05/2019 |

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
                        Sheet 2— Imprisonment

Judgment — Page ___3___ of ___3___

DEFENDANT:  RICKEY LORENZO BROWN
CASE NUMBER: 3:17cr475-WKW-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

Four (4) Months.  The term of supervised release imposed onAugust 16, 2018 is REVOKED.

☐   The court makes the following recommendations to the Bureau of Prisons:

☑   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at  _____  ☐  a.m.   ☐  p.m.    on  _____  .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on  _____  .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on  _____  to  _____

at  _____  with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL